■ 1009 SECOND AVENUE ASSOCIATES, Respondent, v BENENSON CAPITAL COMPANY et al., Appellants. (And Other Actions.) [682 NYS2d 348] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered July 13, 1998, which, insofar as appealed from, denied defendants' motions for preclusion and protective orders, unanimously affirmed, without costs.

Plaintiff's additional bill of particulars is adequately responsive to a demand that improperly sought much in the way of evidentiary material (*see, Rabat v GNAC Corp.*, 155 AD2d 245). The lack of knowledge of the deposition witnesses produced by defendant partnership warrants the deposition of the individual on whom plaintiff served a subpoena (*see, Tower v Chemical Bank*, 140 AD2d 514). Concur—Tom, J. P., Mazzarelli, Andrias and Saxe, JJ.

■ In the Matter of DAVID J. ESKIN (Admitted as DAVID JONATHAN ESKIN), a Suspended Attorney. [683 NYS2d 834] —Motion granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Lerner, P. J., Milonas, Rosenberger, Nardelli and Williams, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JANE E. BARRETT, Admitted on March 2, 1992, at a Term of the Appellate Division, First Department. [683 NYS2d 833] —Motion granted and the above-named respondent reinstated as attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See*, 230 AD2d 366.]